# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00402-CR

**Harold Newton King, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
### NO. D-1-DC-07-200435, HONORABLE JON N. WISSER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Harold Newton King seeks to appeal a judgment of conviction for assault with family violence. Sentence was imposed on June 6, 2007. There was no motion for new trial. The deadline for perfecting appeal was therefore July 6, 2007. Tex. R. App. P. 26.2(a)(1). King's pro se notice of appeal was filed on June 4, 2008. Under the circumstances, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996). If King is entitled to an out-of-time appeal, he must seek it by means of a post-conviction application for writ of habeas corpus. *See* Tex. Code Crim. Proc. Ann. art. 11.07 (West Supp. 2007). King's motion for extension of time to file brief is dismissed.

The appeal is dismissed.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed for Want of Jurisdiction

Filed:   July 23, 2008

Do Not Publish